Yuri Mikulka (SBN 185926)
**ALSTON & BIRD LLP**
350 South Grand Ave., Floor 51
Los Angeles, CA 90071
Telephone:  213-576-1000
Facsimile:  213-576-1100
yuri.mikulka@alston.com

Alan F. Pryor (*Pro Hac Vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777
alan.pryor@alston.com

*Counsel for Plaintiff*
*Warmboard, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| WARMBOARD, INC.,  a California corporation, <br><br>         Plaintiff, <br><br>     vs. <br><br> WARM BROTHERS, INC., a Washington Corporation, and A. HOYT CORBETT, JR., <br><br>         Defendants. | Case Number: 5:23-cv-01378-PCP-NMC <br><br> Assigned to the Hon. P. Casey Pitts <br><br> **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii), 41(c)** <br><br> Complaint Filed:   March 23, 2023 <br> Trial Date:          February 19, 2025 |

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure Section 41(a)(1)(A)(ii), and 41(c), and pursuant to the terms of the parties' Settlement Agreement, Plaintiff/Counterclaim Defendant Warmboard, Inc., and Defendants/Counterclaim Plaintiffs Warm Brothers and A. Hoyt Corbett, Jr. hereby stipulate to dismissal of the above-captioned action, including all claims and counterclaims raised or threatened therein (the "Action"), in its entirety and with prejudice. Plaintiff and Defendants shall each bear its own costs, expenses and attorneys' fees incurred in this action.

Based on the foregoing facts, Plaintiff and Defendants hereby stipulate and agree as follows:

1. This Court should dismiss this Action in its entirety with prejudice;

2. All upcoming hearings and deadlines should be vacated; and

3. The Clerk of Court close the Action.


Dated: August 30, 2024

/s/ Yuri Mikulka
Yuri Mikulka
Alan F. Pryor
*Counsel for Plaintiff Warmboard, Inc.*


Dated: August 30, 2024

/s/ Jenifer C. Wallis
Anton "Tony" N. Handal
Jenifer C. Wallis
*Counsel for Defendants Warm Brothers, Inc., and A. Hoyt Corbett, Jr.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the Parties, IT IS SO ORDERED. The Clerk is directed to close this case.

Dated: September 3, 2024

_____

Hon. P. Casey Pitts
Judge of the U.S. District Court